BEFORE THE FIRST DIVISION, SEPTEMBER 29, 1964

No. 68796.—M. Pressner & Co. v. United States, protests 60/15328 and 61/7424 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 68797.—Novelty Import Company, Inc. v. United States, protest 63/9440 (Seattle).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.